1  Scott Sagaria (State Bar No.217981)
   sjsagaria@sagarialaw.com
2  Elliot Gale (State Bar No. 263326)
   egale@sagarialaw.com
3  Joe Angelo (State Bar No. 268542)
   jangelo@sagarialaw.com
4  SAGARIA LAW, P.C.
   3017 Douglas Blvd., Ste. 100
5  Roseville, California 95661
   Telephone: (408) 279-2288
6  Facsimile: (408) 279-2299

7  Attorneys for Plaintiff
   Maureen Pochop
8

9
10            UNITED STATES DISTRICT COURT

11        NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

12

13 | MAUREEN POCHOP, | Federal Case No.: 5:17-CV-00299-LHK |
14 | Plaintiff, | |
15 | vs. | **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT CAPITAL ONE, N.A.; [PROPOSED] ORDER** |
16 | CAPITAL ONE, N.A..; et. al., | |
17 | Defendants. | |

18

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

19
        IT IS HEREBY STIPULATED by and between plaintiff Maureen Pochop and defendant

20  Capital One, N.A. ("Capital One"), that Capital One be dismissed from this action with prejudice

21  pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its

22  own attorneys' fees and costs.

23  //

24  //

25  //

26  //

27  //

28

//

DATED: August 2, 2017    Sagaria Law, P.C.

By:     */s/ Elliot W. Gale*
           Elliot W. Gale
Attorneys for Plaintiff
Maureen Pochop

DATED: August 2, 2017    Doll, Amir, & Eley LLP

By:     */s/ Amy Borlund*
           Amy Borlund
Attorneys for Defendant
Capital One, N.A.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Amy Borlund has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Capital One is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:_____    _____
LUCY H. KOH
UNITED STATES DISTRICT JUDGE